**Pamela SHIRLEY, Plaintiff–Appellant,**

v.

**Ricky MARTIN, Defendant–Appellee.**

No. 03–30624
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2003.

Pamela Shirley, pro se, Arabi, LA, for Plaintiff–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

Pamela Shirley has moved for leave to proceed in forma pauperis ("IFP") in this appeal from the district court's judgment dismissing her civil action as factually frivolous. An IFP complaint shall be dismissed if it has no arguable basis in law or in fact. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *see also Siglar v. Hightower,* 112 F.3d 191, 193 (5th Cir.1997). Shirley's unsworn narrative declarations do not show that the fantastic events described in her complaint have any basis in fact. *See Neitzke v. Williams,* 490 U.S. 319, 328, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). There is no reason to believe that the deficiencies in Shirley's pleadings could be cured through further factual development. The motion for leave to proceed IFP on appeal is DENIED and the appeal is DISMISSED AS FRIVOLOUS. *See Howard v. King,*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

707 F.2d 215, 220 (5th Cir.1983); *see also* 5TH CIR. R. 42.2.

Shirley's motion for appointment of counsel is also DENIED. *See Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir. 1982).

MOTIONS DENIED; APPEAL DISMISSED AS FRIVOLOUS.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.